# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

JAMES ALLEN BROWN,                      )
                                        )
            Plaintiff,                  )
                                        )        NO.  CV-12-128-CI
        vs.                             )
                                        )        **JUDGMENT IN A**
MICHAEL J. ASTRUE,                      )        **CIVIL CASE**
Commissioner of Social Security,        )
                                        )
            Defendant.                  )
                                        )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **STRICKEN AS MOOT**.  The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 16th day of October, 2012.

JAMES R. LARSEN
District Court Executive/Clerk


by:  _Cheryl Suiter_____
Deputy Clerk

cc: all counsel